UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

ORIGINAL

Santos Marroquin,

Civ. 01-1659 JEL/JGL

Plaintiff,

vs.

Swift & Company,

Defendant and
Third-Party Plaintiff,

**DISCLOSURE AND PROTECTIVE ORDER**

vs.

Packers Sanitation Services, Inc.,

Third-Party Defendant,

and

National Service Company of Iowa, Inc.,

Third-Party Defendant and
Fourth-Party Plaintiff,

vs.

Weiler & Company, Inc. and Diosynth, Inc.,

Fourth-Party Defendants.

Pursuant to Fed. R. Civ. P. 45, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Minnesota Department of Labor and Industry, Occupational Safety and Health Division (MN-OSHD) shall disclose its complete file pertaining to an

FILED JUL 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

inspection of National Service Company of Iowa, MN-OSHD Docket 6853, including civil investigative data and witness statements.

2. Disclosure of the MN-OSHD file for Docket 6853 shall be only to counsel for the parties, and other qualified persons

Qualified persons include:

(a) A judge, magistrate or referee of this Court and their law clerks or assistants, clerks of court, court reporters and court employees;

(b) The parties to the above-titled actions as necessary to prepare for trial, their counsel and their counsel's legal assistants, secretarial and clerical staff and other employees;

(c) Private court reporters and their secretarial and clerical staff and other employees; and

(d) Persons consulted or retained as expert witnesses in the above matter.

(e) Witnesses who provided statements that are included in the file for MN-OSHD Docket 6853 may be provided with a copy of their own statements.

2. Any recipient of the investigation file for MN-OSHD Docket 6853 shall not disclose the information to any other person to whom disclosure was not authorized by the terms of the protective order and shall not use such information for purposes other than preparation for trial, settlement of this action, or trial of this action.

3. Any recipient of the investigation file for MN-OSHD Docket 6853, by accepting receipt thereof, agrees to be subject to the jurisdiction of the Court in which this matter is pending, in connection with any proceeding or hearing relating to such confidential information and/or this Protective Order, including but not limited to, any proceeding relating to the enforcement of this Protective Order.

4. There shall be no reproduction whatsoever of the investigation file for MN-CSHD Docket 6853 that is disclosed to the parties' counsel except that, as required in this litigation, copies, excerpts or summaries may be shown or given to those authorized to receive such information pursuant to this Order.

5. Any such information from the investigation file for MN-OSHD Docket 6853 required to be filed with the Court shall be sealed by the Clerk of Court and shall be available for inspection only by the Court and by persons authorized by this Order to receive such confidential information.

Dated: July 18, 2002

JONATHAN G. LEBEDOFF
Chief U.S. District Court Magistrate Judge

AG: #692541-v1