UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

Civ. No. 01-1659 JEL/JGL

Santos Marroquin,

Plaintiff,

v.

Swift & Company,

Defendant and
Third-Party Plaintiff,

v.

Packers Sanitation Services, Inc.,

Third-Party Defendant,

and

National Service Company of Iowa, Inc.,

Third-Party Defendant
and Fourth-Party Plaintiff,

v.

Weiler & Company, Inc. and Diosynth, Inc.,

Fourth-Party Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled matter having been fully, finally and completely compromised and settled between and among the above-named parties, it is hereby stipulated and agreed by and between the parties, through their respective attorneys, that all claims made by, between and among the above-named parties may be, and hereby are, dismissed with prejudice and without costs to the parties; provided, however, that Packers Sanitation Services, Inc. reserves its claims of indemnity against National Service Company of Iowa, Inc. and Admiral Insurance Company and may pursue the same in a separate action between Packers Sanitation Services, Inc., National Service Company of Iowa, Inc. and/or Admiral Insurance Company.

JAN 2 9 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 9 2003
DEPUTY CLERK

It is further stipulated and agreed, that the Court may enter an Order dismissing all claims, except as stipulated above, made by the above-named parties with prejudice and without costs to any of the parties, without further notice to any of the parties or their respective attorneys.

**CUTLER & DONAHOE, LLP**

Dated: 13 Jan 03

By ______________________
Mark E. Salter (#240655)
Attorneys for Plaintiff Marroquin
100 North Phillips Avenue, 9th Floor
Sioux Falls, SD 57104-6725
(605) 335-4950

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: January 16, 2003

By ______________________
Dale M. Wagner (#113554)
Attorneys for Swift & Company
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**FOLEY & MANSFIELD, PLLP**

Dated: ________________

By ______________________
Bradley D. Fisher (#219356)
Attorneys for Third-Party Defendant National Service Co.
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
(612) 338-8788

It is further stipulated and agreed, that the Court may enter an Order dismissing all claims, except as stipulated above, made by the above-named parties with prejudice and without costs to any of the parties, without further notice to any of the parties or their respective attorneys.

**CUTLER & DONAHOE, LLP**

Dated: ____________

By ________________________________________
Mark E. Salter (#240655)
Attorneys for Plaintiff Marroquin
100 North Phillips Avenue, 9th Floor
Sioux Falls, SD 57104-6725
(605) 335-4950

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: ____________

By ________________________________________
Dale M. Wagner (#113554)
Attorneys for Swift & Company
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**FOLEY & MANSFIELD, PLLP**

Dated: 1/22/03

By ________________________________________
Bradley D. Fisher (#219356)
Attorneys for Third-Party Defendant National Service Co.
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
(612) 338-8788

**HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**

Dated: 1/16/2002

By________________________________
Patryk J. Drescher (#293842)
Attorneys for Third-Party Defendant Packers Sanitation
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA**

Dated: ________________

By________________________________
Blake W. Duerre (#171293)
Attorneys for Defendant Third-Party Diosynth
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55602-3214
(612) 339-3500

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Dated: ________________

By________________________________
Erik Salveson (#177969)
Attorneys for Defendant Third-Party Weiler & Company
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402
(612) 343-2800

**HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**

Dated: ________________

By________________________________________
Patryk J. Drescher (#293842)
Attorneys for Third-Party Defendant Packers Sanitation
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA**

Dated: 1/13/03

By Blake W. Duerre
Blake W. Duerre (#171293)
Attorneys for Defendant Third-Party Diosynth
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55602-3214
(612) 339-3500

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Dated: ________________

By________________________________________
Erik Salveson (#177969)
Attorneys for Defendant Third-Party Weiler & Company
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402
(612) 343-2800

**HALLELAND, LEWIS, NILAN, SIPKINS & JOHNSON**

Dated: ________________

By________________________________________
Patryk J. Drescher (#293842)
Attorneys for Third-Party Defendant Packers Sanitation
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA**

Dated: ________________

By________________________________________
Blake W. Duerre (#171293)
Attorneys for Defendant Third-Party Diosynth
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55602-3214
(612) 339-3500

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Dated: 1/13/03

By________________________________________
Erik Salveson (#177969)
Attorneys for Defendant Third-Party Weiler & Company
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402
(612) 343-2800

**ORDER**

Based upon the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED** that all claims made by, between and among the above-named parties may and hereby are dismissed on their merits with prejudice and without costs to any of the parties. This Order and any Judgment entered pursuant hereto shall not preclude Packers Sanitation Services, Inc. from pursuing its claims of indemnity against National Service Company of Iowa and Admiral Insurance Company in a separate action between Packers Sanitation Services, Inc., National Service Company of Iowa, Inc. and/or Admiral Insurance Company.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: This 29th day of January, 2003.

BY THE COURT:

______________________________

Judge of District Court

348234.doc